JOAN E. BURRY *v.* WILLIAM T. MEREDITH ET AL.
(6844)

SPALLONE, STOUGHTON and NORCOTT, Js.

Submitted on briefs December 9—decision released December 14, 1988

*Joel Schlossberg* filed a brief for the appellant (plaintiff).

*Bruce M. Killion* filed a brief for the appellees (defendants).

PER CURIAM. There is no error.